IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LACEY ROBINETT, Individually and
on behalf of all others similarly situated                                   PLAINTIFF

v.                              No. 3:16-cv-188-DPM

SHELBY COUNTY HEALTHCARE
CORPORATION, d/b/a Regional One
Health and d/b/a Regional Medical Center;
and AVECTUS HEALTHCARE
SOLUTIONS LLC                                                              DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. But the dismissal is without prejudice to later adjudication on the merits of all the lien particulars (factual and legal) under Tennessee Code Annotated § 29-22-102.

_____
D.P. Marshall Jr.
United States District Judge

31 January 2017